UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22 CV 988KKM-JSS

BRANDEN ISAAC WABE,

    *Plaintiff,*

    V.

    Regions Bank,

    *Defendant.*

---

### Motion to Dismiss

COME NOW, the Plaintiff BRANDEN ISAAC WABE ("Plaintiff") Herby moves this honorable court to dismiss this case without prejiduce

Respectfully submitted

Branden I. Wabe

By: */s/ Branden I. Wabe*
Address: 208 NE Monrie Circle N#107 StPetersburg FL 33702
Phone no.7277768999  Email
address:brandenwabe@gmail.com